## 11243

### HAMBRIGHT & CO. v. TEAM

#### (117 S. E., 717)

ATTACHMENT—AFFIDAVITS SUPPORTING WARRANT OF ATTACHMENT FOR PURCHASE MONEY MUST BE FILED AT TIME OF ISSUANCE.—Under Code Civ. Proc. 1912, § 298, Act Feb. 24, 1904, 24 St. at Large, p. 452, relating to attachments for purchase money, the affidavits upon which the attachments issue must be filed at the time of issuance of the warrant, and for failure in this respect the warrant may be set aside.

Before MOORE, J., Kershaw, August, 1920. Affirmed.

Attachment proceedings by J. C. Hambright & Co., against Robert R. Team doing business as Robert R. Team Co. From an order setting aside attachment, plaintiff appeals.

The following is the order of Judge Moore appealed from:

This motion came before me after due notice, and after consideration of affidavits and the record herewith and after argument of counsel, it appears that the affidavit upon which the attachment issued herewith was based was not filed at the time said attachment was procured—under the section of Code, providing for purchase-money attachments—it appears that the affidavit upon which any such attachment is based must be filed at the time of procuring the same. Under the facts of this case, as above found, the motion of defendant must be sustained.

It is therefore ordered and adjudged that the attachment heretofore issued be, and the same is hereby, vacated and discharged.

*Messrs. Wilson & Wilson* and *Erwin Carothers*, for appellant cite: *Requisites as to affidavit in attachment:* Code Proc. 1912, Secs. 281, 298; 58 S. C., 398.

*Messrs. E. D. Blakeney* and *Kirkland & Kirkland*, for respondent, cite: *Filing of affidavit within forty-eight*

*hours not sufficient*: Code Proc. 1912, Sec. 281, 298;
38 S. C., 398.

May 31, 1923.

The opinion of the Court was delivered by MR. JUSTICE
WATTS.

This is an appeal from an order made by Circuit Judge
Moore setting aside appellant's attachment on certain lum-
ber described in warrant of attachment for irregularity.
Let the order of Judge Moore be reported.

The exceptions are overruled. The failure to file affi-
davits upon which attachment issued invalidates the
process. The special provisions of Code of Civil Pro-
cedure, § 298, relating to attachments for purchase money,
Acts of 1904, p. 452, require the affidavits to be filed at the
time of the issuance of the warrant. Its terms are plain
and mandatory.

Judgment affirmed.